# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**JAMES LEE WOODS**  
**ADC #184441**                                                                                   **PLAINTIFF**

**V.**                  **NO. 3:24-cv-00115-BSM-ERE**

**DARRELL ELKINS and**  
**DEBBIE BURLSON**                                                            **DEFENDANTS**

## ORDER

On August 13, 2024, a summons was returned executed for Defendant Darrell Elkins. *Doc. 7.* As of today's date, Defendant Elkins has not filed an answer, or otherwise responded, to Mr. Woods' complaint, and the time to do so has passed. FED. R. CIV. P. 12(a)(1)(A)(i) (providing that a "defendant must serve an answer within 21 days after being served with the summons and complaint").

IT IS THEREFORE ORDERED THAT:

1.  The Clerk of Court is directed to provide a copy of this Order to the United States Marshal. The United States Marshal is directed to personally serve a copy of this Order on Defendant Elkins at the County Healthcare of Arkansas, LLC, 209 Portia Circle, Hot Springs, Arkansas 71913.

2.  Defendant Elkins has fourteen (14) days from the date that he is served with a copy of this Order to explain why a default judgment should not be entered against him pursuant to Federal Rule of Civil Procedure 55. Defendant Elkins is

advised that the failure to timely respond to this order may result in a monetary judgment being entered against him.

    SO ORDERED this 25 September 2024.

_____
UNITED STATES MAGISTRATE JUDGE