IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**JAMES LEE WOODS**                                                                                         **PLAINTIFF**
**ADC #184441**

V.                           NO. 3:24-cv-00115-BSM-ERE

**DARRELL ELKIN[1] and**
**DEBBIE BURLSON**                                                                                        **DEFENDANTS**

## ORDER

Defendant Darrell Elkin, through counsel, has filed a motion to file his answer out of time. *Doc. 16*. Counsel explains he just received notification of this lawsuit yesterday, Monday, October 14, 2024.

Federal Rule of Civil Procedure 6(b) permits the Court to "for good cause, extend the time . . . on motion made after the time has expired if the party failed to act because of excusable neglect." Defendant Elkin provides a reasonable basis for missing his filing deadline, and given the brief delay, Mr. Woods will suffer no prejudice if the motion is granted.

For good cause shown, the Court will extend the time for Defendant Elkin to file his answer.

---

[1] **The Clerk is instructed to update the docket sheet to reflect the correct spelling of Defendant Elkin's last name – Elkin.**

IT IS THEREFORE ORDERED THAT:

1. Defendant Elkin's motion to file his answer out of time (*Doc. 16*) is GRANTED.

2. The Clerk is directed to file Defendant Elkin's proposed answer (*Doc. 16-1*) as his answer.

3. The Court will deem Defendant Elkin's answer (*Doc. 16*) as timely filed.

So Ordered 15 October 2024.

_____
UNITED STATES MAGISTRATE JUDGE