IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JAMES LEE WOODS                                                                    PLAINTIFF
ADC #184441

V.                              NO. 3:24-cv-00115-BSM-ERE

DARRELL ELKIN and
DEBBIE BURLSON                                                                  DEFENDANTS

## ORDER

*Pro se* plaintiff James Lee Woods has filed: (1) a motion for discovery and records; and (2) a motion for the appointment of counsel. *Docs. 27, 28*. The Court will address each motion separately.

### I.   Motion for Discovery and Records

In his motion for discovery and records, Mr. Woods requests that unidentified individuals provide him copies of "all discovery, files, records, and/or writings" from the Lawrence County Detention Center, the Lawrence County Sheriff's Office, or the medical providers." At this time, all merits-based discovery is stayed until the Court resolves any exhaustion issues. *Doc. 19*. As a result, Mr. Woods' request is denied.[1]

---

[1] In addition, as the Court previously explained, discovery requests should be directed to counsel for the Defendants in this case, not the Court. See *Doc. 5 at 2-3*; FED. R. CIV. P. 34 (providing for Requests for Production of Documents between parties to a lawsuit); FED. R. CIV. P. 26 (b) (defining proper scope of discovery).

In his motion, Mr. Woods also asks that the Court provide him copies of page five of docket entry #25 and certain exhibits attached to docket entry #17. The Court will instruct the Clerk to provide Mr. Woods a copy of page 5 of docket entry #25. However, there are no exhibits attached to docket entry #17.

## II.   Motion for the Appointment Counsel

For the reasons previously stated (*Doc. 12*), Mr. Woods' motion for the appointment of counsel is denied, without prejudice. This case is neither factually nor legally complex. And Mr. Woods has demonstrated that he can present and pursue his case. It is understandable that Mr. Woods would prefer to be assisted by court-appointed counsel, but the Court lacks resources to appoint counsel in all prisoner cases. After considering all relevant factors, the Court declines to appoint counsel at this point in the case.[2]

IT IS THEREFORE ORDERED THAT:

1.    Mr. Woods' motion for discovery and records (*Doc. 27*) is GRANTED, in part.

2.    The Clerk is instructed to provide Mr. Woods a copy of page five of docket entry #25.

---

[2] As the case proceeds, the Court will reconsider, on its own, whether counsel should be appointed for Mr. Woods. And if the case is scheduled for trial, the Court will likely appoint counsel to assist Mr. Woods.

3.  Mr. Woods' motion for the appointment of counsel (*Doc. 28*) is DENIED, without prejudice.

SO ORDERED 6 January 2025.

_____
UNITED STATES MAGISTRATE JUDGE