IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**JAMES LEE WOODS**  **PLAINTIFF**
*ADC #184441*

v.  **CASE NO. 3:24-CV-00115-BSM-ERE**

**DARRELL ELKIN,** *et al.*  **DEFENDANTS**

## ORDER

After careful review of the record, United States Magistrate Judge Edie R. Ervin's partial recommended disposition [Doc. No. 33] is adopted and defendant Debbie Burleson's motion for summary judgment [Doc. No. 23] is denied.

IT IS SO ORDERED this 12th day of February, 2025.

_____
UNITED STATES DISTRICT JUDGE