# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**JAMES LEE WOODS**                                                                 **PLAINTIFF**

**V.**                                    **NO. 3:24-cv-00115-BSM-ERE**

**DARRELL ELKIN and**
**DEBBIE BURLSON**                                                                **DEFENDANTS**

## ORDER

Plaintiff James Lee Woods has filed a motion for discovery, asking the Court to require Defendants to provide him "the Guardian Reports" from the Lawrence County Jail concerning his confinement there.[1] *Doc. 39*.

The Court previously instructed Mr. Woods that discovery requests should be directed to counsel for Defendants, not the Court. See *Doc. 5 at 2-3*. Counsel for Defendant Darrell Elkin is C. Burt Newell, and his mailing address is Post Office Box 1620, Hot Springs, AR 71902-1620. Counsel for Defendant Debbie Burlson is Jennifer L. Merritt, and her mailing address is Association of Arkansas Counties, 1415 West Third Street, Little Rock, AR 7220.

---

[1] Mr. Woods filed this lawsuit under 42 U.S.C. § 1983, claiming that Defendants demonstrated deliberate indifference to his serious medical needs during his incarnation and the Lawrence County Detention Center from September 2023 through February 2024. *Doc. 1*. On February 14, 2025, the Court lifted the discovery stay and gave the parties until May 13, 2025 to complete discovery. *Doc. 38*.

If Defendants do not timely respond to Mr. Woods' requests for documents or other discovery requests, he may file a motion to compel, but only after attempting to discuss and resolve any issues with defense counsel.

Mr. Woods' motion for discovery (Doc. 39) is DENED.

So Ordered 4 April 2025.

_____
UNITED STATES MAGISTRATE JUDGE