IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**JAMES LEE WOODS**                                                              **PLAINTIFF**
ADC #184441

v.                          **CASE NO. 3:24-cv-00115-BSM**

**DARRELL ELKIN,** *et al.*                                      **DEFENDANTS**

### ORDER

Magistrate Judge Edie R. Ervin's recommended disposition [Doc. No. 63] is adopted and defendants' motions for summary judgment [Doc. Nos. 53, 56] are granted. James Woods's claims are dismissed with prejudice and the clerk is directed to close this case.

IT IS SO ORDERED this 2nd day of December, 2025.

_____
UNITED STATES DISTRICT JUDGE