IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**JAMES LEE WOODS**  **PLAINTIFF**
ADC #184441

v.   CASE NO. 3:24-cv-00115-BSM

**DARRELL ELKIN,** *et al.*  **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice

IT IS SO ORDERED this 2nd day of December, 2025.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE