**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**JAMES LEE WOODS**                                                      **PLAINTIFF**
ADC #184441

**v.**                            **CASE NO. 3:24-CV-00115 BSM**

**DARRELL ELKIN,** *et al*.                                         **DEFENDANTS**

## ORDER

    James Woods's motion for copies [Doc. No. 79] is granted.  The clerk is directed to

send Woods a copy of the docket sheet.

    IT IS SO ORDERED this 11th day of March, 2026.


_____
UNITED STATES DISTRICT JUDGE